## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JENNY EMMONS, | * |
| | * |
| Plaintiff, | * |
| | * |
| VS. | * |
| | *   CASE NO: 09-525 |
| PINNACLE FINANCIAL GROUP, INC., | * |
| | * |
| Defendants. | * |

## STIPULATION OF DISMISSAL

**COMES NOW** Plaintiff Jenny Emmons ("Plaintiff") and files this Stipulation of Dismissal With Prejudice. All matters and things in controversy herein between Plaintiff and Defendant Pinnacle Financial Group, Inc., have been fully settled and compromised, each party to bear his own cost, and is due to be dismisses with prejudice.

Respectfully submitted this 5th day of November, 2009

                                                s/James D. Patterson_____
                                              JAMES D. PATTERSON (PATJ6485)
                                              Law Offices of Earl P. Underwood, Jr.
                                              21 South Section Street
                                              Fairhope, Alabama 36532
                                              Phone:   251.990.5558
                                              Fax:       251.990.0626
                                              E-mail:  jpatterson@alalaw.com
                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on November 5th 2009, and has been served upon the following by mailing a copy of the same by United Stated Mail, properly addressed, with first class postage to the following:

Pinnacle Financial Group, Inc.
c/o Corporation company
2000Interstate Park drive Suite 204
Montgomery, AL 36109

                                                s/James D. Patterson_____
                                                James D. Patterson, Esq.

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **JENNY EMMONS,** | * |
| **Plaintiff,** | * |
| VS. | * |
| | *   **CASE NO: CV-09-525** |
| **PINNACLE FINANCIAL GROUP, INC.,** | * |
| **Defendants.** | * |

## ORDER OF DISMISSAL

**WHEREFORE**, Plaintiff Jenny Emmons filed a Stipulation of Dismissal, it is hereby, **ORDERED, ADJUDGED and DECREED** that the claims of the Plaintiff against Defendant Pinnacle Financial Group, Inc. in the above-styled action are hereby dismissed, each party to bear its own costs.

**DONE AND ORDERED** this _____day of _____, 2009.

_____
United States Magistrate Judge